IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00494–EWN–OES

ZOLO TECHNOLOGIES, INC.,
A Delaware corporation,

    Plaintiff,

v.

ROADWAY EXPRESS, INC.,
A Delaware corporation,

    Defendant.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

"Defendant's Unopposed Motion to Amend Scheduling Order or, in the Alternative, to Withdraw Consent" (Document 28) filed August 10, 2005 is GRANTED. The Scheduling Order is amended to reflect that Roadway Express does not consent to the jurisdiction of a magistrate judge to handle all dispositive matters in this case.

Dated: August 11, 2005