IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00494–EWN–OES

ZOLO TECHNOLOGIES, INC.,
A Delaware corporation,

      Plaintiff,

v.

ROADWAY EXPRESS, INC.,
A Delaware corporation,

      Defendant.

---

**ORDER CONCERNING OBJECTIONS TO MAGISTRATE JUDGE'S RULING ON NON-DISPOSITIVE MATTER**

---

This matter is before the court on the Defendant's objections (#53) to an order of the magistrate judge. The order granted a motion to strike an expert witness, Paul Singh. Under Rule 72(a) of the Federal Rules of Civil Procedure, a district court may reverse a magistrate judge's decision on a non-dispositive matter only if the decision is found to be "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). *See also* 28 U.S.C.A. § 636(b)(1)(A) (2004) Under the clearly erroneous standard of review, the magistrate judge's finding should not be rejected merely because the court would have decided the matter differently. *Anderson v. City of Bessemer*, 470 U.S. 564, 573, 105 S. Ct. 1504, 1511 (1985). Rather, the district court must affirm the decision of the magistrate judge unless the district court, "on the entire evidence[,] is

left with the definite and firm conviction that a mistake has been committed." *Id.* at 1464 (quoting *United States v. United States Gypsum Co.*, 333 U.S. 364, 395, 68 S. Ct. 525, 542 [1948]).

Upon consideration of the objection and response, the court is satisfied that the magistrate judge's ruling was a proper exercise of discretion conferred by Fed. R. Civ. P. 26(a)(2) and 37(c). Defendant's belated attempt to cure the deficiency by submitting a more complete expert report fails. Parties cannot, consistent with judicial economy, be permitted to submit a deficient report, obtain a ruling from the magistrate judge on that report, and then invite overturning of the ruling by submitting a different report. It is therefore

ORDERED The objection is OVERRULED. The magistrate judge's order shall stand as the order of this court.

Dated this 4th day of January, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge